# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                Magistrate No. __22-1028__

v.

PARWEZ HABIBI

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this __3rd__ day of __February__, 2022 ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

/s/ Matthew J. Skahill
HONORABLE MATTHEW J. SKAHILL
UNITED STATES MAGISTRATE JUDGE