# UNITED STATES MAGISTRATE COURT

## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ] | Docket No.    22-1028 |
|  | ] | Violation No. 9279704 |
| v. | ] |  |
|  | ] |  |
| PARWEZ HABIBI | ] |  |
|  | ] | **ORDER FOR DISMISSAL** |
|  | ] | **Pretrial Diversion Program** |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by Leave of the Court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses the above Complaint, which was filed on **3 February 2022**, charging the defendant with the following violation:

**One (1) count of Assault**

prosecution of the same being deferred pursuant to a Pretrial Diversion Agreement.

The dismissal is without prejudice.

DATE:             BY:    _____
February 17, 2022          RONALD SCOTT ADAMS, Maj, USAF
                           Special Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal.

DATE: 3/8/22   BY:    _____
                     HONORABLE MATTHEW J. SKAHILL
                     United States Magistrate Judge